| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    BCR OAKRIDGE LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    86-1112575

**4. Debtor's address**

Principal place of business

C/O ARMSTRONG CAPITAL LLC
149 MADISON AVENUE
New York, NY 10016
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
237 ROUTE 37 WEST Toms River, NJ 08755
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify:    _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
**5311**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **AC I MANAHAWKIN LLC** | | Relationship to you | **AFFILIATE** |
| District | **SDNY** | When  **6/04/14** | Case number, if known | **14-22793** |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 5, 2016**
MM / DD / YYYY

**X /s/ DAVID GOLDWASSER**
Signature of authorized representative of debtor

**DAVID GOLDWASSER**
Printed name

Title **MANAGING MEMBER OF GC REALTY ADVISORS, LLC; MANAGER**

**18. Signature of attorney**

**X /s/ A. MITCHELL GREENE**
Signature of attorney for debtor

Date **January 5, 2016**
MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 603-6300**    Email address

Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                                    Chapter 11

**BCR OAKRIDGE LLC,**                                                      Case No.:

Debtor.
--------------------------------------------------------X

### CERTIFICATE OF RESOLUTION

I, the undersigned, **DAVID GOLDWASSER**, as the Managing Member of GC REALTY ADVISORS, LLC, the Manager of **BCR OAKRIDGE LLC** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

> **RESOLVED,** that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C.

be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 5th day of January, 2016.

> **BCR OAKRIDGE LLC**
> **By: GC REALTY ADVISORS, LLC**
>
> **By:** /s/ _____
> **DAVID GOLDWASSER, MANAGING MEMBER**
> **GC REALTY ADVISORS, LLC**

# United States Bankruptcy Court
### Southern District of New York

In re  **BCR OAKRIDGE LLC**                                                             Case No.
                                        Debtor(s)                                       Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER OF GC REALTY ADVISORS, LLC; MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January  5, 2016**                          **/s/ DAVID GOLDWASSER**
                                                     **DAVID GOLDWASSER/MANAGING MEMBER OF GC REALTY ADVISORS, LLC; MANAGER**
                                                     Signer/Title

```
AMERICAN LAWN AND SPRINKLER
275 ROUTE 79
MORGANVILLE, NJ 07751


ARMSTRONG MANAGEMENT CORP.
149 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10016


BRACH EICHLER
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068


FLUSHING BANK
PO BOX 371306
PITTSBURGH, PA 15250


JERSEY CENTRAL POWER AND LIGHT
PO BOX 3687
AKRON, OH 44309


LAW OFFICE OF CHARLES A. GRUEN
381 BROADWAY
SUITE 300
WESTWOOD, NJ 07675


MARSYLL MAINTENANCE CORP.
149 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10016


MICHAEL G. MASTRONARDY
OCEAN COUNTY JUSTICE COMPLEX
120 HOOPER AVENUE, PO BOX 2191
TOMS RIVER, NJ 08754


SAGE GENERAL CONTRACTING
645 MIZZEN AVENUE
BEACHWOOD, NJ 08722


STATE OF NEW JERSEY
SALES & USE TAX
CN 999
TRENTON, NJ 08625
```

```
TOMS RIVER UTILITIES
340 WEST WATER STREET
TOMS RIVER, NJ 08753


TOWNSHIP OF TOMS RIVER
PO BOX 983113
BOSTON, MA 02298
```